IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RICKIE L. TIGUE, JR.                                                    PLAINTIFF
ADC #171131

v.                              No. 2:25-cv-6-DPM

STATE OF ARKANSAS                                                    DEFENDANT

## ORDER

Tigue hasn't filed a notice as directed; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice, and his motions to proceed *in forma pauperis* are denied as moot. *Doc. 1 & 4*; LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 March 2025