IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RICKIE L. TIGUE, JR.  
ADC #171131                                                        PLAINTIFF

v.                              No. 2:25-cv-6-DPM

STATE OF ARKANSAS                                                  DEFENDANT

## JUDGMENT

Tigue's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2025